# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD WHITEHURST,** | **CASE NO. CV 13-6275 AG (ANx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CVS PHARMACY CVS/CAREMARK CO; CVS PHARMACY 5100 BROADWAY, OAKLAND, CA; CVS PHARMACY STORE #7955; CVS PHARMACY 5TH LONG BEACH AVE. LONG BEACH CA,** | |
| Defendants. | |

Having dismissed this case, the Court now enters Judgment in favor of all Defendants and against Plaintiff.

IT IS SO ORDERED.

DATED: November 19, 2013

_____
Andrew J. Guilford
United States District Judge